AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| JULIO ALVARADO-CARDONA | ) |
| | ) |
| | ) |
| | ) |

**FILED**
Sept 24 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Case No.  **CR 25-71161-MAG**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 2023_____ in the county of _____Santa Clara_____ in the _____Northern_____ District of _____California_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1073 | unlawful flight to avoid prosecution |

This criminal complaint is based on these facts:

See attached affidavit, incorporated by reference

☑ Continued on the attached sheet.

_____/s/_____
*Complainant's signature*

Erin Perfidio, Special Agent, FBI
*Printed name and title*

Sworn to before me by telephone

Date: _____09/24/2025_____

City and state: _____San Jose, CA_____

*Susan van Keulen*
*Judge's signature*

Hon. Susan van Keulen, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF FBI SPECIAL AGENT ERIN PERFIDIO IN SUPPORT OF AN
APPLICATION FOR A COMPLAINT AND AN ARREST WARRANT**

I, Erin Perfidio, a Special Agent with the Federal Bureau of Investigation (FBI) in San Jose, California, being duly sworn, state:

## I.    INTRODUCTION AND AFFIANT'S BACKGROUND

### A.  THE PURPOSE OF THIS APPLICATION

1.  I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2.  I make this Affidavit in support of a Criminal Complaint charging JULIO ALVARADO-CARDONA with one count of Unlawful Flight to Avoid Prosecution, in violation of 18 U.S.C. §1073.

3.  The facts in this Affidavit come from my personal observations, my training and experience, information from records and databases, and information obtained from other law enforcement officers and witnesses.  In addition, where statements made by other individuals (including other law enforcement officers) are referenced in this Affidavit, such statements are described in sum and substance and in relevant part. Similarly, where information contained in reports and other documents or records are referenced in this Affidavit, such information is also described in sum and substance and in relevant part.

4.  Because this Affidavit is submitted for the limited purpose of establishing probable cause for a Criminal Complaint, I have not included each and every fact known to me about this case.  Rather, I have set forth only the facts that I believe are necessary to support probable cause for a Criminal Complaint.

**B. AFFIANT'S BACKGROUND**

5.   I am a Special Agent of the FBI and have been employed since June 2023. I am currently assigned to the FBI's San Francisco Field Division Safe Streets Taskforce in San Jose, CA.  My current assignments include investigating individuals who are involved in the illegal possession and transfer of firearms, violent crimes involving firearms, and narcotics trafficking.  I completed four months of FBI Special Agent Basic Training at the FBI academy in Quantico, Virginia. During the course of my employment with the FBI, I have investigated and assisted in the investigation of criminal violations related to criminal offenses, specifically firearm and narcotics.   During these investigations, I have participated in and utilized the following investigative tools: conducting physical surveillance, interviewing suspects, writing affidavits for search warrants, executing arrest and search warrants, analyzing phone records obtained from pen registers, trap and trace devices, and physical devices, and collecting and processing evidence.

6.   Prior to working for the FBI, I received training at the Drug Enforcement Administration (DEA) Academy.  I worked for the DEA for ten months as a Special Agent, where I was empowered by law to conduct investigations, make arrests, and seize property for violations of Title 18, U.S.C. and Title 21.  I have been involved in investigations of several individuals involved in the manufacture, distribution, and use of controlled substances.  I have been an affiant on numerous affidavits for criminal complaints, Title III intercepts, and search and seizure warrants involving bank accounts, residences, and cellular telephones.  My investigations have included the use of surveillance techniques and the execution of search, seizure, and arrest warrants.  I was previously employed as a Federal Police Officer for the National Security Agency (NSA).  I worked as a Federal Police Officer for the NSA for approximately eight years where my duties included performing functions for the protection of NSA's mission, assets, personnel, and facilities. These responsibilities included counterterrorism and force protection, asset protection, pedestrian and vehicular access control, enforcement of laws and regulations relative to the

protection of NSA assets, and as well as patrol assigned areas to prevent crime, and arrest violators.

## II.   APPLICABLE LAW

7.   Pursuant to Title 18, United States Code, Section 1073, it is unlawful to move or travel in interstate or foreign commerce with intent "to avoid prosecution…under the laws of the place from which he flees, for a crime…which is a felony under the laws of the place from which the fugitive flees.…"

## III.   STATEMENT OF PROBABLE CAUSE

8.   I have received information from the Sunnyvale Police Department (SPD) and the County of Santa Clara Superior Court of California regarding a defendant, JULIO ALVARADO-CARDONA, who has been charged with felony crimes in Santa Clara County Superior Court.  Based on the facts below, I believe that ALVARADO-CARDONA is engaged in the federal crime of unlawful flight to avoid prosecution, in violation of Title 18, United States Code, Section 1073.

9.   SPD and the Santa Clara County Superior Court of California advised me that on January 12, 2024, an arrest warrant was issued for the arrest of JULIO ALVARADO-CARDONA. The warrant was based on the following charges against JULIO ALVARADO-CARDONA:   6 counts of Oral Copulation or Sexual Penetration with a Child 10 Years of Age or Younger, in violation of California Penal Code, Section 288.7(b), and 4 counts of Lewd and Lascivious Acts with Child Under the age of 14 with Force, Violence, Duress, Menace and Fear, in violation of California Penal Code, Section 288(b)(1).  Copies of the felony complaint and arrest warrant are attached as Exhibits 1 and 2 to this Affidavit.  The information provided by state authorities included the attached photograph of JULIO ALVARADO-CARDONA:



10. I have received and reviewed information regarding the underlying facts in this case and spoken with investigators with more knowledge of the investigation.  In sum and substance, the allegations provide evidence that ALVARADO-CARDONA sexually assaulted a juvenile family member in October 2023 on multiple occasions in Sunnyvale.  Pursuant to the investigation, in November 2023, SPD conducted a consensually recorded call between a family member of the victim and ALVARADO-CARDONA in which ALVARADO-CARDONA acknowledged inappropriately touching the juvenile family member.  During this call, ALVARADO-CARDONA further stated that he knew that what he had done was wrong and that he had acted in a moment of weakness.  ALVARADO-CARDONA asked the family member for forgiveness.  ALVARADO-CARDONA further made statements in the call indicating that he was with another family member in Guatemala and had not remained in the United States because he was afraid of the consequences.

11. In November 2023, the San Jose Police Department obtained information that ALVARADO-CARDONA's spouse resided in Villa Nueva, Guatemala.  Based on the consensually recorded phone call, investigators believe ALVARADO-CARDONA was in Villa Nueva, Guatemala as of November 2023.  The Santa Clara County District Attorney's Office has formally requested the assistance of the FBI and the United States Attorney's Office in locating and arresting ALVARADO-CORONA so that he can appear before the Santa Clara County Superior Court on the sexual assault charges

contained within DA Felony Complaint #240100761.   In the requested letter, a true and correct copy of which is attached hereto and specifically incorporated herein as Exhibit 3, the Santa Clara County District Attorney's Office represents that it will extradite ALVAREZ-CARDONA from any location in the United States and from any country where he may be found which has an extradition treaty with the United States.

**CONCLUSION**

12.  Based on the above summarized facts, it is my belief that there is probable cause to believe that JULIO ALVARADO-CARDONA violated 18 U.S.C. § 1073 by fleeing the State of California to avoid arrest and prosecution. Accordingly, I respectfully request the issuance of a complaint and arrest warrant for JULIO ALVARADO-CARDONA's unlawful flight to avoid prosecution, in violation of Title 18, United States Code, Section 1073, as described in this Affidavit.

13. I respectfully request that this complaint and arrest warrant be filed under seal, based on the need for confidentiality in pursuing the investigation of an individual who appears to have intentionally fled from the United States to avoid prosecution, as well as the nature of the conduct, which involves an aggravated sexual assault of a child.

               /s/ Erin Perfidio/w/permission
              Erin Perfidio
              Special Agent, Federal Bureau of Investigation

Sworn and subscribed to before me over the telephone pursuant to Fed. R. Crim. P. 4.1 and 4(d) and signed by me on this __24th___ day of September 2025

_____
Honorable Susan van Keulen
United States Magistrate Judge

5

# Exhibit 1

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA

PALO ALTO COURTHOUSE

THE PEOPLE OF THE STATE OF CALIFORNIA,

|  |  |
|---|---|
| Plaintiff, | FELONY COMPLAINT<br>CASE SUMMARY |
|  | DA NO:  240100761 |
| vs. | CEN<br>EHK335 JRA WARR |

JULIO RENE ALVARADOCARDONA (05/19/1971),
776 NORANDA DR, #3 SUNNYVALE CA 94087

Defendant(s).

## C A S E   S U M M A R Y

| Count | Charge | Charge Range | Defendant |
|---|---|---|---|
| 1 | PC288.7(b) | 15 years-life | Julio Rene Alvaradocardona |
| 2 | PC288.7(b) | 15 years-life | Julio Rene Alvaradocardona |
| 3 | PC288.7(b) | 15 years-life | Julio Rene Alvaradocardona |
| 4 | PC288.7(b) | 15 years-life | Julio Rene Alvaradocardona |
| 5 | PC288.7(b) | 15 years-life | Julio Rene Alvaradocardona |
| 6 | PC288.7(b) | 15 years-life | Julio Rene Alvaradocardona |
| 7 | PC288(b)(1) | 5-8-10 | Julio Rene Alvaradocardona |
| 8 | PC288(b)(1) | 5-8-10 | Julio Rene Alvaradocardona |
| 9 | PC288(b)(1) | 5-8-10 | Julio Rene Alvaradocardona |
| 10 | PC288(b)(1) | 5-8-10 | Julio Rene Alvaradocardona |

Exhibit 2

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA

PALO ALTO COURTHOUSE

COMPLAINT FOR ARREST WARRANT(S)
JULIO RENE ALVARADOCARDONA EHK335

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

vs.

JULIO RENE ALVARADOCARDONA
(05/19/1971),
776 NORANDA DR, #3 SUNNYVALE CA 94087

Defendant(s).

FELONY COMPLAINT

DA NO:  240100761
CEN
EHK335 JRA WARR

Filed
January 12, 2024
Clerk of the Court
Superior Court of CA
County of Santa Clara
B2400117
By: vnguyen

The undersigned is informed and believes that:

**COUNT 1**

On or about and between October 19, 2023 and October 26, 2023, in the County of Santa Clara, State of California, the crime of ORAL COPULATION OR SEXUAL PENETRATION WITH A CHILD 10 YEARS OF AGE OR YOUNGER, in violation of PENAL CODE SECTION 288.7(b), a Felony, was committed by JULIO RENE ALVARADOCARDONA who, as a person 18 years of age or older, did engage in sexual penetration with a child, Emily Doe, who was 10 years of age or younger, namely, 10.

It is further alleged that the defendant(s) is/are not eligible for probation or suspension of sentence within the meaning of Penal Code section 1203.065(a).

A conviction of the offense charged in this count requires the defendant to register pursuant to Penal Code section 290.

# PROTECTIVE ORDER           PC 1048

# PRIORITY

DocuSign Envelope ID: 2323E867-DFE64C5    58-1EB897FDF14F

**COUNT 2**

On or about and between October 19, 2023 and October 26, 2023, in the County of Santa Clara, State of California, the crime of ORAL COPULATION OR SEXUAL PENETRATION WITH A CHILD 10 YEARS OF AGE OR YOUNGER, in violation of PENAL CODE SECTION 288.7(b), a Felony, was committed by JULIO RENE ALVARADOCARDONA who, as a person 18 years of age or older, did engage in sexual penetration with a child, Emily Doe, who was 10 years of age or younger, namely, 10.

It is further alleged that the defendant(s) is/are not eligible for probation or suspension of sentence within the meaning of Penal Code section 1203.065(a).

A conviction of the offense charged in this count requires the defendant to register pursuant to Penal Code section 290.

**COUNT 3**

On or about and between October 19, 2023 and October 26, 2023, in the County of Santa Clara, State of California, the crime of ORAL COPULATION OR SEXUAL PENETRATION WITH A CHILD 10 YEARS OF AGE OR YOUNGER, in violation of PENAL CODE SECTION 288.7(b), a Felony, was committed by JULIO RENE ALVARADOCARDONA who, as a person 18 years of age or older, did engage in sexual penetration with a child, Emily Doe, who was 10 years of age or younger, namely, 10.

It is further alleged that the defendant(s) is/are not eligible for probation or suspension of sentence within the meaning of Penal Code section 1203.065(a).

A conviction of the offense charged in this count requires the defendant to register pursuant to Penal Code section 290.

**COUNT 4**

On or about and between October 19, 2023 and October 26, 2023, in the County of Santa Clara, State of California, the crime of ORAL COPULATION OR SEXUAL PENETRATION WITH A CHILD 10 YEARS OF AGE OR YOUNGER, in violation of PENAL CODE SECTION 288.7(b), a Felony, was committed by JULIO RENE ALVARADOCARDONA who, as a person 18 years of age or older, did engage in sexual penetration with a child, Emily Doe, who was 10 years of age or younger, namely, 10.

It is further alleged that the defendant(s) is/are not eligible for probation or suspension of sentence within the meaning of Penal Code section 1203.065(a).

A conviction of the offense charged in this count requires the defendant to register pursuant to Penal Code section 290.

### COUNT 5

On or about and between October 19, 2023 and October 26, 2023, in the County of Santa Clara, State of California, the crime of ORAL COPULATION OR SEXUAL PENETRATION WITH A CHILD 10 YEARS OF AGE OR YOUNGER, in violation of PENAL CODE SECTION 288.7(b), a Felony, was committed by JULIO RENE ALVARADOCARDONA who, as a person 18 years of age or older, did engage in oral copulation with a child, Emily Doe, who was 10 years of age or younger, namely, 10.

It is further alleged that the defendant(s) is/are not eligible for probation or suspension of sentence within the meaning of Penal Code section 1203.065(a).

A conviction of the offense charged in this count requires the defendant to register pursuant to Penal Code section 290.

### COUNT 6

On or about and between October 19, 2023 and October 26, 2023, in the County of Santa Clara, State of California, the crime of ORAL COPULATION OR SEXUAL PENETRATION WITH A CHILD 10 YEARS OF AGE OR YOUNGER, in violation of PENAL CODE SECTION 288.7(b), a Felony, was committed by JULIO RENE ALVARADOCARDONA who, as a person 18 years of age or older, did engage in oral copulation with a child, Emily Doe, who was 10 years of age or younger, namely, 10.

It is further alleged that the defendant(s) is/are not eligible for probation or suspension of sentence within the meaning of Penal Code section 1203.065(a).

A conviction of the offense charged in this count requires the defendant to register pursuant to Penal Code section 290.

### COUNT 7

On or about and between October 19, 2023 and October 26, 2023, in the County of Santa Clara, State of California, the crime of LEWD OR LASCIVIOUS ACT ON A CHILD BY FORCE, VIOLENCE, DURESS MENACE AND FEAR, in violation of PENAL CODE SECTION 288(b)(1), a Felony, was committed by JULIO RENE ALVARADOCARDONA who did willfully and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of Emily Doe, a child under the age of fourteen years, namely 10, by use of force, violence, duress, menace and fear of immediate and unlawful bodily injury on the child and another person and with the intent of arousing, appealing to and gratifying the lust, passions and sexual desires of the defendant and of the child.

It is further alleged that the defendant(s) is/are not eligible for probation and the suspension of sentence, within the meaning of Penal Code section 1203.066(a)(1).

A conviction of the offense charged in this count requires the defendant to register pursuant to Penal Code section 290.

### COUNT 8

On or about and between October 19, 2023 and October 26, 2023, in the County of Santa Clara, State of California, the crime of LEWD OR LASCIVIOUS ACT ON A CHILD BY FORCE, VIOLENCE, DURESS MENACE AND FEAR, in violation of PENAL CODE SECTION 288(b)(1), a Felony, was committed by JULIO RENE ALVARADOCARDONA who did willfully and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of Emily Doe, a child under the age of fourteen years, namely 10, by use of force, violence, duress, menace and fear of immediate and unlawful bodily injury on the child and another person and with the intent of arousing, appealing to and gratifying the lust, passions and sexual desires of the defendant and of the child.

It is further alleged that the defendant(s) is/are not eligible for probation and the suspension of sentence, within the meaning of Penal Code section 1203.066(a)(1).

A conviction of the offense charged in this count requires the defendant to register pursuant to Penal Code section 290.

//

//

### COUNT 9

On or about and between October 19, 2023 and October 26, 2023, in the County of Santa Clara, State of California, the crime of LEWD OR LASCIVIOUS ACT ON A CHILD BY FORCE, VIOLENCE, DURESS MENACE AND FEAR, in violation of PENAL CODE SECTION 288(b)(1), a Felony, was committed by JULIO RENE ALVARADOCARDONA who did willfully and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of Emily Doe, a child under the age of fourteen years, namely 10, by use of force, violence, duress, menace and fear of immediate and unlawful bodily injury on the child and another person and with the intent of arousing, appealing to and gratifying the lust, passions and sexual desires of the defendant and of the child.

It is further alleged that the defendant(s) is/are not eligible for probation and the suspension of sentence, within the meaning of Penal Code section 1203.066(a)(1).

A conviction of the offense charged in this count requires the defendant to register pursuant to Penal Code section 290.

### COUNT 10

On or about and between October 19, 2023 and October 26, 2023, in the County of Santa Clara, State of California, the crime of LEWD OR LASCIVIOUS ACT ON A CHILD BY FORCE, VIOLENCE, DURESS MENACE AND FEAR, in violation of PENAL CODE SECTION 288(b)(1), a Felony, was committed by JULIO RENE ALVARADOCARDONA who did willfully and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of Emily Doe, a child under the age of fourteen years, namely 10, by use of force, violence, duress, menace and fear of immediate and unlawful bodily injury on the child and another person and with the intent of arousing, appealing to and gratifying the lust, passions and sexual desires of the defendant and of the child.

It is further alleged that the defendant(s) is/are not eligible for probation and the suspension of sentence, within the meaning of Penal Code section 1203.066(a)(1).

A conviction of the offense charged in this count requires the defendant to register pursuant to Penal Code section 290.

//

DocuSign Envelope ID: 2329E867-9F16-4FC9-...-59-1E86997FDF14

## EVIDENCE CODE SECTION 1360 NOTICE

In this case a child under age twelve (12) has provided one or more statements describing an act or attempted act of child abuse or neglect performed with or on the child by another. The prosecution intends to introduce said statement(s) at every stage of the proceedings in the instant case pursuant to Evidence Code section 1360.

## REQUEST FOR TRIAL PRIORITY PURSUANT TO PENAL CODE § 1048

The case charged above falls within the provisions of Penal Code section 1048, and the People therefore respectfully request that the case be given the trial priority provided by that section.

## NOTIFICATION OF EXPERT TESTIMONY PURSUANT TO CHILD SEXUAL ABUSE ACCOMODATION SYNDROME

This case involves sexual assault of a child or children. At trial, the people intend to present expert testimony on the issue of Child Sexual Abuse Accommodation Syndrome in accordance with CALCRIM 1193 and Summit, Roland (1983) "The child sexual abuse accommodation syndrome" Child Abuse Negl. 7 (2): 177–93, and Summit, Roland (1992) "Abuse of the child sexual abuse accommodation syndrome", 1(4) J. of Child Abuse 153. Pursuant to Penal Code section 1054.1(a), the People intend to call Anthony Urquiza, Blake Carmichael, Anna Washington, or any other qualified expert if any of these three experts are unavailable at trial.

## PENAL CODE SECTION 290.001/296(a) CLAUSE

The offense(s) alleged above was committed as a result of sexual compulsion and for the purposes of sexual gratification. A conviction of the offense, or any of the offenses, charged in count(s) One through Ten requires the defendant, JULIO RENE ALVARADOCARDONA, to register pursuant to Penal Code section 290.

A felony conviction of the offense charged, or any of the offenses charged, requires the defendant to provide buccal swab samples, right thumbprints, a full palm print impression of each hand pursuant, and any blood specimens or other biological samples required pursuant to the DNA and Forensic Identification Database and Data Bank Act of 1998 as amended.

//

Any defendant, including a juvenile, who is convicted of and pleads guilty and no contest to any felony offense, including any attempt to commit the offense, charged in this complaint or information is required to provide buccal swab samples, right thumbprints and a full palm print impression of each hand, and any blood specimens or other biological samples required pursuant to the DNA and Forensic Identification Database and Data Bank Act of 1998 and Penal Code section 296, et seq.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant JULIO RENE ALVARADOCARDONA, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Complainant therefore requests that the defendant(s) be dealt with according to law.

I certify under penalty of perjury that the above is true and correct.

Executed on January 12, 2024, in SANTA CLARA County, California.

DocuSigned by:

*Deuel Galla*

Deuel Galla                                    16556

( Shillito 16661)

SDPS (408) 730-7209  239185 SDPS

MCINERNY/ D391/ FELONY/ MF

01/12/2024          /S/ Peterson, Elizabeth

Judge of the Superior Court
of California

Cash or Bond $ NO BAIL ALLOWED

Date: 1/12/2024                    JUDGE OF THE SUPERIOR COURT

Warrant Received for Service by:

on

Exhibit 2

# ARREST WARRANT

PFN: EHK335                   CII:                                   FBI:

WARRANT CONTROL NO: **2400001088**

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA

THE PEOPLE OF THE STATE OF
CALIFORNIA,

                                Plaintiff,

                                vs.

Julio Rene Alvaradocardona

776 Noranda Dr, #3
Sunnyvale, CA 94087

                                Defendant

DOCKET NO: **B2400117**
DRIVERS LIC NO: CAY1910949
AGENCY CASE NO: 239185

DESCRIPTION

BIRTHDATE: 05/19/1971
HEIGHT: 502          WEIGHT: 150
HAIR: Black    EYES: Brown    SEX: M
RACE: Hispanic
REMARKS:
SERVICE AGCY: 04316

THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY PEACE OFFICER OF SAID STATE:
COMPLAINT UNDER OATH HAVING BEEN MADE BEFORE ME BY:

16556    Deuel Galla                    SUNNYVALE DEPARTMENT OF PUBLIC SAFETY

THAT THE OFFENSE OF:

| CHARGES | # OF COUNTS | ENHANCEMENTS |
|---------|-------------|--------------|
| (F) PC288.7(b) | 6 | |
| (F) PC288(b)(1) | 4 | |

A FELONY HAS BEEN COMMITTED, AND ACCUSING:
Julio Rene Alvaradocardona

THEREOF, YOU ARE THEREFORE COMMANDED TO ARREST THE ABOVE NAMED DEFENDANT AND
BRING SAID DEFENDANT FORTHWITH BEFORE THE ENTITLED COURT.

☒ THIS WARRANT IS ELIGIBLE FOR NIGHT SERVICE PER SEC 840 PC.

DEFENDANT MAY BE ADMITTED TO BAIL IN THE SUM OF $          NO BAIL ALLOWED

WITNESS MY HAND AND SEAL,

                                01/12/2024          /S/ Peterson, Elizabeth
                                _____
                                Judge of the Superior Court       BB
                                of California              SVDPS Wrnt checklist

| Letter | |
|--------|---|
| AWS | |
| WPS | 1-13-024 |
| NCIC | 1-13-024 |
| CJIC | 1-13-024 |
| Case No. | 23-9185 |



PALO ALTO COURTHOUSE
270 GRANT AVE.
PALO ALTO, CA 94306

COURT APPEARANCE TIMES AND DATES
09:00 MONDAY THRU FRIDAY  FEL
01:30 MONDAY THRU FRIDAY  MISD

Log 024-55

Exhibit 1

```
            S A N T A   C L A R A   C O U N T Y
            W A R R A N T   W O R K S H E E T

                                                      PAGE   1
------------------------------------------------------------------------
   CONTROL NUMBER    :            : G :            : A :       :
   002400001088      : REVIEW DATES : R :          : A :       :
                     :            : I : _____  : R : _____ : AWS _____
TEMPORARY WANT ONLY____ : 1.      : D :            : E :       : DOJ _____
CAUTION CODE _____ : 2.      : S :            : A :       : NCIC _____
------------------------------------------------------------------------
LAST NAME           : FIRST       : MIDDLE         : GEN : RACE : SEX
ALVARADOCARDONA     : JULIO       : RENE           :     : H    : M
------------------------------------------------------------------------
DOB        :HGHT :WGHT :HAIR:EYES:SKIN:POB: S/M/T
05/19/1971 : 502 : 150 : BK : BR :    :   :
------------------------------------------------------------------------
FP CLASS   :MT : MISC #       : OFF CODE : ISSUE DATE :DOCKET NUM:CALIF : NCIC
           :   :              :    F     : 01/12/2024 : B2400117 :      :
------------------------------------------------------------------------
DLN           : ST : YR : SSN           : PFN   : CII      : FBI
Y1910949      : CA :    :    -  -       : EHK335 :         :
------------------------------------------------------------------------
OFCN        : REFER TO OFFICER/DIVISION : WRNT TYP: ARREST      EWAR: _
239185      :                           : JUDGE CD: 28
--------------------------------------------------:
BAIL        : PALO ALTO FACILITY        :
NBA         : 270 GRANT AVENUE          :
            : PALO ALTO, CA 94306       :
------------------------------------------------------------------------
CHARGES
 PC 288.7(B) F ORAL COPULATION OR SEXUAL PENETRATION W/CHILD 10YRS OR YOUNGER
 PC 288.7(B) F ORAL COPULATION OR SEXUAL PENETRATION W/CHILD 10YRS OR YOUNGER
 PC 288.7(B) F ORAL COPULATION OR SEXUAL PENETRATION W/CHILD 10YRS OR YOUNGER
 PC 288.7(B) F ORAL COPULATION OR SEXUAL PENETRATION W/CHILD 10YRS OR YOUNGER
 PC 288.7(B) F ORAL COPULATION OR SEXUAL PENETRATION W/CHILD 10YRS OR YOUNGER
 PC 288.7(B) F ORAL COPULATION OR SEXUAL PENETRATION W/CHILD 10YRS OR YOUNGER
 PC 288(B)(1) F LEWD AND LASCIVIOUS ACTS WITH CHILD UNDER 14 W/FORCE/ETC
 PC 288(B)(1) F LEWD AND LASCIVIOUS ACTS WITH CHILD UNDER 14 W/FORCE/ETC
 PC 288(B)(1) F LEWD AND LASCIVIOUS ACTS WITH CHILD UNDER 14 W/FORCE/ETC
 PC 288(B)(1) F LEWD AND LASCIVIOUS ACTS WITH CHILD UNDER 14 W/FORCE/ETC
------------------------------------------------------------------------
ADDRESS & PHONE   (  )  -
776   NORANDA DR, APT.#3, SUNNYVALE, CA 94087
------------------------------------------------------------------------
VEH LIC #   : STATE : LIC YR : TYPE :    VIN    :VEH YR : MAKE :MODEL : COLOR
            :       :        :      :           :       :      :      : /
------------------------------------------------------------------------
EMPLOYER   (  )  -
        ,  ,
------------------------------------------------------------------------
ADDL DLNS                      : ADDL SSNS
------------------------------------------------------------------------
AKAS                                      ADDL DOBS
------------------------------------------------------------------------
ADDL ADDRESS & PHONES
776   NORANDA DR 3 , SUNNYVALE, CA 94087   () -
ADDL WARRANTS
------------------------------------------------------------------------
```

S A N T A   C L A R A   C O U N T Y
W A R R A N T   W O R K S H E E T

CONTROL NUM: 002400001088                                              PAGE   2
--------------------------------------------------------------------------------
PRIORS

```
-------------------------------------------------------------------------
4TUONXAQWIX.UW WPS ENTRY
WANTED PERSON

ORI/CA0431600 FCN/5312401300131
NAM/ALVARADOCARDONA, JULIO RENE    19710519 M H 502 150 BLK BRO
DOW/20240112 WNO/B2400117 TOW/FELONY
OFF/1199 SEX ASSAULT
ENT/1 CALIFORNIA ONLY OCA/23-9185
DOP/20291 BAIL/NO BAIL
MIS/AW, 288-7-B PC ORAL COPULATION OR SEXUAL PENETRATION WITH CHILD
10YRS OR YOUNGER, 6 COUNTS, 288-B-1 PC LEWD AND LASCIVIOUS ACTS WITH
CHILD UNDER 14 WITH FORCE ETC, 4 COUNTS
OLG/Y1910949.CA.2024
NOA/N EXL/4 NO EXTRADITION - IN-STATE PICK UP ONLY. SEE MIS FIELD FOR
LIMITS
IMMEDIATELY CONFIRM WITH CA0431600 SUNNYVALE DPS MNE/SUN0
TELEPHONE 408 730-7101

******ENTRY MESSAGE SENT TO NCIC******
********* END OF WPS MESSAGE *********
```

ENTRY MADE BY _____ *H*
ENTRY VERIFIED BY _____ *IB*
DATE VERIFIED _____ *1/13/24*

---

```
4ZKKRCA71MR.UW MODIFY FCN/5312401300131
NAM/ALVARADOCARDONA,JULIO RENE
*******MESSAGE SENT TO NCIC*******
********** END OF WPS MESSAGE **********
```

--------------------------------------------------------------------------------
```
4ZKKRDN1537.UW MODIFY FCN/5312401300131
NAM/ALVARADOCARDONA,JULIO RENE
*******MESSAGE SENT TO NCIC*******
********** END OF WPS MESSAGE **********
```

Exhibit 3

# County of Santa Clara

**Office of the District Attorney**

County Government Center, West Wing
70 West Hedding Street
San Jose, California 95110
(408) 299-7400
www.santaclara-da.org

Jeffrey F. Rosen
District Attorney

OFFICE OF THE UNITED STATES ATTORNEY
Northern District of California
150 Almaden Blvd, Suite 900
San Jose, CA 95113
Attn: Jeffrey Nedrow, Chief AUSA San Jose Branch

RE: Alvarado-Cardona, Julio Rene
Docket No. B2400117

Dear Chief AUSA Nedrow:

I am writing to ask your assistance in bringing defendant Julio Rene Alvarado-Cardona to justice here in Santa Clara County, California.

In October 2023, **Julio Rene Alvarado-Cardona** sexually molested his ten-year-old granddaughter on multiple occasions. In November 2023, the Sunnyvale Police Department conducted a recorded pretext call between a family member of the victim and the Defendant. The Defendant acknowledged sexually molesting his ten-year-old granddaughter.

On January 12, 2024, the Santa Clara County District Attorney's Office filed a complaint charging **Julio Rene Alvarado-Cardona with 10 felonies:** 6 counts of Oral Copulation or Sexual Penetration with a Child 10 Years of Age or Younger, in violation of California Penal Code section 288.7(b) and 4 counts of Lewd or Lascivious Acts with Child Under the age of 14 by Force, Violence, Duress, Menace and Fear, in violation of California Penal Code section 288(b)(1).

A subsequent investigation revealed **Julio Rene Alvarado-Cardona** fled the country with his ultimate destination being Villa Nueva, Guatemala, to be with his wife. This information may narrow down where **Julio Rene Alvarado-Cardona** is located.

The Honorable Elizabeth Peterson issued a no-bail arrest warrant for the Defendant. I have provided FBI Special Agent Erin Perfidio with all the information known to this Office about the whereabouts of **Julio Rene Alvarado-Cardona**, as well as family that he may be in contact with.

Docusign Envelope ID: 56DA7A26-3122-4E16-9474-C1FFB892F46B

# County of Santa Clara

### Office of the District Attorney

County Government Center, West Wing
70 West Hedding Street
San Jose, California 95110
(408) 299-7400
www.santaclara-da.org



Jeffrey F. Rosen
District Attorney

This office would appreciate assistance in securing a Provisional Arrest Warrant (PAW) or Unlawful Flight to Avoid Prosecution (UFAP) warrant for **Julio Rene Alvarado-Cardona** in Guatemala. This Office believes that a complaint filed in Federal Court charging the defendant with Unlawful Flight to Avoid Prosecution (UFAP) pursuant to Title 18 United States Code Section 1073 will aid in the apprehension of the Defendant. This office will seek to extradite the Defendant from any location in the United States and from any country which the Defendant may be found which has an extradition treaty with the United States.

Please feel free to contact me at 408-792-2809 if you have any further questions or concerns regarding this matter.

Sincerely,

DocuSigned by:

*Christopher knight*

CHRISTOPHER KNIGHT
Deputy District Attorney

Santa Clara Superior Court Dk# B2400117